UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISTO LOPEZ,

        Petitioner,

   v.

KEVIN CHAPPELL,

        Respondent.

No.  2:13-cv-2510 GGH P

ORDER

     Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order of December 19, 2013, petitioner was directed to file an application to proceed in forma pauperis or to pay the filing fee.  Petitioner has now submitted two in forma pauperis applications.  The first application is incomplete because it does not contain a completed trust account statement from the prison; therefore, the second application has been considered.

     Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Petitioner's January 8, 2013 (ECF No. 6) motion to proceed in forma pauperis is denied as incomplete and disregarded; and

1

2. Petitioner's January 13, 2014 (ECF No. 8), motion to proceed in forma pauperis is granted.

Dated: January 21, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Lope2510.ifp