UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTO LOPEZ, | No. 2:13-cv-2510 MCE GGH P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| KEVIN CHAPPELL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition pursuant to 28 U.S.C. Section 2254. On February 18, 2014, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that: Petitioner shall show cause, within thirty days, why his failure to oppose respondent's February 18, 2014 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated: April 1, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Lope2510.osc

1